**Order entered May 17, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00340-CR

## BRIAN MARTIN, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 31995CC**

# ORDER
Before Chief Justice Wright and Justices Myers and Brown

Based on the Court's opinion of this date, we **DIRECT** the Clerk of the Court to issue the

mandate in this appeal **INSTANTER**.

/s/     CAROLYN WRIGHT
        CHIEF JUSTICE